UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

PAUL BENJAMIN JONES,            )
                               )
   Movant,                  )
                               )
v.                             )     Case No. CV616-076
                               )              CR609-036
UNITED STATES OF AMERICA       )
                               )
   Respondent.              )

 O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this __1ST__ day of __August__, 2016.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA